UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 JAN 10 PM 3:38
LORETTA G. WHYTE
CLERK

KEVIN POTTER, JR. * CIVIL ACTION
*
VERSUS *
* NO. 08-294
TECO MARINE SERVICES, L.L.C. *
AND U.S. UNITED INLAND SERVICES * SECTION SECT. L
*********************************** MAGISTRATE MAG. 4

COMPLAINT UNDER THE JONES ACT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law, the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff, KEVIN POTTER, JR. is an American seaman residing in Waynesboro, Tennessee at the time of his accident; defendants TECO MARINE SERVICES, L.L.C. AND U.S. UNITED INLAND SERVICES are foreign corporations organized under laws other than the State of Louisiana but doing business in this Parish and State and, at all pertinent times hereto, were the owners and operators of the M/V MARLENE ELLIS, a tug boat on which KEVIN POTTER, JR. was employed as an able bodied seaman and deck hand at the time of the incident complained of.

__ Fee $350
✓ Process
X Dktd
__ CtRmDep
__ Doc. No.

3.

At all pertinent times hereto, the defendant owned, operated, managed and controlled the M/V MARLENE ELLIS, a tug boat engaged in operations in the waters near Davant, Louisiana.

4.

On or about May 5, 2007, KEVIN POTTER, JR. was ordered to paint and sand the M/V MARLENE ELLIS by the captain; while in the process of performing this task and standing on a ladder, the vessel allided with a barge while maneuvering to push tow, causing the ladder to fall and plaintiff to sustain injuries.

5.

The defendants, TECO MARINE SERVICES, L.L.C. AND U.S. UNITED INLAND SERVICES and/or its agents and crew are guilty of negligence in failing to provide KEVIN POTTER, JR. with a safe place to work, proper equipment and with an adequately trained crew who could have avoided his injuries; defendants, TECO MARINE SERVICES, L.L.C. AND U.S. UNITED INLAND SERVICES had an absolute and non-delegable duty to provide a seaworthy vessel and adequate equipment to KEVIN POTTER, JR.. The aforesaid conditions and actions of the vessel's owners and agents rendered the M/V MARLENE ELLIS unseaworthy in accordance with the general maritime law as described above.

6.

As a direct and proximate cause of the negligence of the defendants and the unseaworthiness of said vessel and her crew, KEVIN POTTER, JR. sustained the following injuries and damages: herniated lumbar disc; acute cervical and lumbar strain; pain and suffering, permanent impairment and mental anguish, medical expenses, loss of income and loss of earning capacity.

7.

Petitioner itemizes his damages as follows:

Past, present and future medicals - $400,000.00

Past, present and future lost wages - $750,000.00

Past, present and future pain and suffering - $1,000,000.00

Mental anguish - $300,000.00

Emotional stress and strain - $300,000.00

Loss of earning capacity - $400,000.00

TOTAL - $3,150,000.00

8.

The defendant has failed to adequately pay plaintiff maintenance and cure and plaintiff requests penalties and attorneys fees for their failure to adequately compensate plaintiff.

9.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, KEVIN POTTER, JR. demands judgment against defendants, TECO MARINE SERVICES, L.L.C. AND U.S. UNITED INLAND SERVICES in the full sum of THREE MILLION ONE HUNDRED FIFTY THOUSAND AND NO/100 ($3,150,000) DOLLARS together with legal interest thereon from date of judicial demand until paid, for trial

by jury, for maintenance and cure, cost of court and other equitable relief.

Respectfully submitted,

DARLEEN M. JACOBS (#7208), T.A.
KENNETH CHARBONNET, ESQ.
D. STEVEN WANKO, JR., ESQ.
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, KEVIN POTTER, JR.

PLEASE SERVE:

TECO MARINE SERVICES, L.L.C.
Through its agent for service of process
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

U. S. UNITED INLAND SERVICES
Through its proper agent at
702 N. Franklin Street P9
Tampa, FL 33602