**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KEVIN POTTER, JR. | CIVIL ACTION |
| VERSUS | NO. 08-294 |
| TECO MARINE SERVICES, LLC, ET AL | SECTION: L |

# JUDGMENT

This matter came on before the Court for trial by jury on previous days. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Kevin Potter, Jr., and against defendant, Teco Marine Services, LLC, in the amount of One Hundred Sixty-Five Thousand and No/100 ($165,000.00) Dollars, plus legal interest from the date of judgment until paid. Costs shall be borne by the parties in their respective percentage of liability.

New Orleans, Louisiana, this 17th day of August, 2009.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**